**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREAS and TESS NOTTEBOHM,

    Plaintiffs,

v.

AMERICAN HOME MORTGAGE INVESTMENT CORP., MERSCORP HOLDINGS, INC., DEUTSCHE BANK AMERICAS HOLDING CORP., WELLS FARGO BANK, N.A., and OCWEN FINANCIAL CORPORATION,

    Defendants.

No. C 14-04047 WHA

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER**

Today, this action was reassigned to the undersigned judge. Yesterday, *pro se* plaintiffs Andreas and Tess Nottebohm filed a motion for a temporary restraining order against their eviction from their San Rafael property. According to plaintiffs' declaration, defendant Deutsche Bank Americas Holding Corp. has initiated an unlawful detainer action in Marin County Superior Court, and that on September 18, 2014, the Marin County Sheriff's Department affixed a "Notice to Vacate" on plaintiffs' door. Plaintiffs further declare that the "Notice to Vacate" indicates that their eviction would occur on midnight of September 23, 2014, but that they obtained from the Marin Superior Court a temporary stay of the eviction until September 30, 2014.

1  Accordingly, the undersigned judge will hear plaintiffs' motion for a temporary
2  restraining order at **1 PM ON SEPTEMBER 29, 2014**. Any opposition to the motion for a
3  temporary restraining order is due by **7 AM ON SEPTEMBER 29, 2014**. If plaintiffs have not done
4  so already, they must serve defendants with complete copies of (1) this order; (2) plaintiffs'
5  motion for a temporary restraining order; and (3) plaintiffs' summons and complaint, by no later
6  than **SEPTEMBER 26, 2014**. No relief will be granted until the hearing on September 29, 2014.

**IT IS SO ORDERED.**

Dated:  September 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE