IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREAS and TESS NOTTEBOHM,

    Plaintiffs,

  v.

AMERICAN HOME MORTGAGE INVESTMENT CORP., MERSCORP HOLDINGS, INC., DEUTSCHE BANK AMERICAS HOLDING CORP., WELLS FARGO BANK, N.A., and OCWEN FINANCIAL CORPORATION,

    Defendants.

No. C 14-04047 WHA

**ORDER STRIKING PLAINTIFFS' SUPPLEMENTAL SUBMISSIONS**

On September 29, 2014, the undersigned judge held a hearing on *pro se* plaintiffs Andreas and Tess Nottebohm's motion for a temporary restraining order or a preliminary injunction. While defense counsel appeared for the hearing, plaintiffs themselves did not, instead sending Attorney Russell Marne "in a limited capacity" on their behalf. At the hearing, and in an order filed later that day, plaintiffs' motion was denied (*see* Dkt. No. 19).

Nonetheless, plaintiffs' supplemental submissions were received in today's mail, including their reply, objection to the defense's filings, and notice of pendency of action (Dkt. Nos. 20–22). The undersigned judge, however, has already ruled on plaintiffs' motion. Insofar as plaintiffs' supplemental submissions seek to support their motion for a temporary restraining order or a preliminary injunction, those submissions are **STRICKEN**.

    IT IS SO ORDERED.

Dated: September 30, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE