UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS NOTTEBOHM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN HOME MORTGAGE INVESTMENT CORP., et al.,<br><br>    Defendants. | Case No. 14-cv-04047-SI<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 34 |

On September 5, 2014, plaintiffs Tess and Andreas Nottebohm filed a complaint against defendants. Docket No. 1. On October 9, 2014, defendants filed a motion to dismiss plaintiffs' complaint. Docket No. 34. On October 30, 2014, plaintiffs filed a first amended complaint, thereby mooting defendants' motion to dismiss. Docket No. 39; *see Ferdik v. Bonzelet*, 963 F .2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'"). Accordingly, the Court DENIES as moot defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 30, 2014

_____
SUSAN ILLSTON
United States District Judge