UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREAS NOTTEBOHM, et al.,<br><br>            Defendants. | Case No.  15-cv-01584-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Nottebohm, et al., v. American Home Mortgage Investment Corp, et al.*, 14-4047-SI.  Both cases concern the same property located in San Rafael, California.

**IT IS SO ORDERED.**

Dated: 04/09/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge